[No. 34740-3-I.   Division One.   August 21, 1995.]

PANAMA MACHINERY AND EQUIPMENT, INC., *Respondent*, v. SONG W. KIM, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-00315-0, Joseph A. Thibodeau, J., entered May 12, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Cox, JJ.

[No. 35131-1-I.   Division One.   August 21, 1995.]

LANCE M. ROBERTS, *Appellant*, v. THE ALLIED GROUP INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-01155-5, Peter Jarvis, J., entered August 10, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Cox, JJ. Now published at 79 Wn. App. 323.

[No. 35145-1-I.   Division One.   August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PAVEL P. SHTYBA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-02775-3, Bobbe J. Bridge, J., entered July 29, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35912-6-I.   Division One.   August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY C. GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-06141-2, Linda Lau, J. Pro Tem., entered December 21, 1994. *Reversed* by unpublished per curiam opinion.